# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-0576
Lower Tribunal No. 2019-CA-005811-O

_____

SCOTT URBAN and DONNA URBAN,

Appellants,

v.

WALT DISNEY PARKS AND RESORTS US, INC.,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Denise Kim Beamer, Judge.

October 21, 2025

PER CURIAM.

AFFIRMED.

WOZNIAK, WHITE and GANNAM, JJ., concur.


Brian S. Brijbag and Jesus M. Rosas, of Law Office of Brian S. Brijbag, PLLC, Spring Hill, for Appellants.

Daniel A. Rock, of Bowman and Brooke LLP, Coral Gables, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED